IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER LEE BARNES,

Plaintiff,

v.

COLETTE S. PETERS, MICHAEL F. GOWER,
GREG JONES, and BRIGITTE AMSBERRY,

Defendants.

No. 6:17-CV-889-PK

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings and Recommendation [52] on July 10, 2018, in which he recommends that the Court grant Defendants' Motion for Summary Judgment [34]. Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [42]. Accordingly, Defendants' Motion for Summary Judgment [34] is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this ____ day of _____, 2018.

MARCO A. HERNÁNDEZ
United States District Judge